IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA

BARBARA AUSBROOKS HERRING                                              PLAINTIFF

vs.                        CASE NO.: 1:17-CV-286-CG-MU

SUNSHINE HOTELS OF ALABAMA, L.L.C.
d/b/a HOLIDAY INN EXPRESS MOBILE WEST-I-10,
and ANDIS COMPANY                                                      DEFENDANTS

## COMPLAINT

COMES NOW the plaintiff, Barbara Ausbrooks Herring, *pro se*, and for her cause of action against the defendants, Sunshine Hotels of Alabama, L.L.C., d/b/a Holiday Inn Express Mobile West –I-10 and Andis Company, states:

1    That the acts complained of herein occurred in Mobile, Alabama on July 4, 2015.

2.    That on July 4, 2015, the plaintiff, Barbara Ausbrooks Herring, was a guest or business invitee at the Holiday Inn Express Mobile West-I-10 in Mobile, Alabama.

3.    That the defendant, Sunshine Hotels of Alabama, L.L.C., was operating a Holiday Inn Express Mobile West-I-10 in Mobile, Alabama.

4.    That the defendant Andis Company is a corporation that designed, built and placed into the stream of commerce toward plaintiff a Andis 1600 watt hair dryer which was installed in the room and bathroom provided by defendant Sunshine Hotels of Alabama, L.L.C., for plaintiff's use.

5.    That on July 4, 2015, as plaintiff used the hairdryer to dry her hair, suddenly and without warning the hairdryer malfunctioned, shorted and arced causing a dangerous electrical charge to enter and injuring Barbara Ausbrooks Herring as hereinafter alleged.

6.    That the electrical short and dangerous electrical charge which injured plaintiff and caused damage to her was caused by the defendants, jointly and severally, as herein after alleged.

7. That at all times relevant hereto, plaintiff, Barbara Ausbrooks Herring, was using the hairdryer in the normal and expected manner and was free of negligence or fault.

8. That the defendant Sunshine Hotels of Alabama, L.L.C., was guilty of negligence which was a proximate cause of the electrical malfunction that shocked and injured plaintiff was caused by the negligence and carelessness of Sunshine Hotels of Alabama, L.L.C., and its agent, servant, and employees. Such negligence includes but is not limited to:

   a. failing to monitor and inspect electrical appliances installed in the bathroom provided to its customers to be sure they were safe for their intended use;
   b. failing to insure that the bathroom installation was not dangerous and provided protection for the use of the hairdryer;
   c. failing to warn the customers of the danger of the hairdryer shocking and injuring those customers who use it; and
   d. otherwise failing to exercise ordinary care in its installation, care and maintenance of the hairdryer that injured plaintiff.

9. That the defendant Andis Company is guilty of producing and placing in the stream of commerce toward plaintiff an Andis 1600 watt hair dryer that at the time of manufacture was defective and unreasonably dangerous and such defects were the proximate cause of the injuries and damages of plaintiff as hereinafter alleged.

10. That the defendant Andis Company was guilty of negligence in the design and manufacture of the Andis 1600 watt hair dryer that injured plaintiff and such negligence was a proximate cause of the injuries and damages of plaintiff. Such design defects include but are not limited to:

   a. failing to build in adequate protective devices such as ground fault interrupter protections;
   b. failing to build in adequate electrical component protections for the environment of use to avoid the safety of the unit from degrading and becoming unsafe to use; and
   c. failing to warn the user of the known dangers of the hair dryer under the circumstances

11. That the defendant Andis Company is guilty of breach of warranty for implied and express warranties and such breach was the proximate cause of the injuries and damages to plaintiff.

12. That the aforesaid injuries and damages are, jointly and severally, caused by the negligence, defective product and breach of warranty of the defendants as herein alleged

13. That as direct and proximate result of the negligence, defective and unreasonably dangerous products and breach of warranty, plaintiff, Barbara Ausbrooks Herring, has suffered the following damages:

   a. injuries that are painful and permanent to her hand and body;
   b. pain, suffering and mental anguish in the past and reasonably certain to be present in the future;
   c. medical expense in the past and reasonably certain to be present to be present in the future; and
   d. scars and disfigurement.

14. That as a direct and proximate of the injuries and damages as aforesaid plaintiff has suffered damages in excess of the minimum federal jurisdictional amount which at this time are $75,000 exclusive of interest and costs.

15. Plaintiff, Barbara Ausbrooks Herring, prays for a jury trial.

**WHEREFORE**, the plaintiff, Barbara Ausbrooks Herring, prays that she have judgment, jointly and severally, against the defendants, for her cost herein expended and for all other just and proper relief to which she might be entitled.

Respectfully submitted,

Barbara Ausbrooks Herring, Pro Se
28202 Fairhaven Road
Hensley, AR 72065
501-672-6178  AM
501-580-7341  PM
barbaraa997@aol.com

*Barbara Ausbrooks Herring* (signature)
Barbara Ausbrooks Herring, *pro se*

**Extremely Urgent**

This envelope is for use with the following services:

**UPS Next Day Air®**
**UPS Worldwide Express®**
**UPS 2nd Day Air®**

Visit **ups.com®** or call **1-800-PICK-UPS®** (1-800-742-5877) to schedule a pickup or find a drop off location near you.

**Insert shipping documents under window from the top.**

**Domestic Shipments**
- To qualify for the Letter rate, UPS Express Envelopes may only contain correspondence, urgent documents, and/or electronic media, and must weigh 8 oz. or less. UPS Expres those listed or weighing more

**International Shipments**
- The UPS Express Envelope ma value. Certain countries consid ups.com/importexport to verif

- To qualify for the Letter rate, th UPS Express Envelopes weighir

**Note:** Express Envelopes are not containing sensitive personal in or cash equivalent.

Do not use this envelope for:

UPS Ground

---

1.0 LBS   LTR   1 OF 1

L. ONEAL SUTTER, P.L.L.C.
501-315-1910
L. ONEAL SUTTER, P.L.L.C.
310 WEST CONWAY STREET
BENTON AR 72015

SHIP TO:
CLERK OF THE COURT
251-690-2371
USDC ALABAMA SOUTHERN DISTRICT
113 ST. JOSEPH STREET
MOBILE AL 36602-3614

AL 366 0-30

UPS NEXT DAY AIR
TRACKING #: 1Z FF1 915 01 9466 0762

BILLING: P/P

Reference#1: Barabar Herring - COM & SUM

P:RED
AR2-3630
S: CPU
1ZFF1910019466
0762
1:100
1030
CLERK — USDC
113 SAINT JOSEPH ST
MOBILE AL 36602

WNTNV50 87.0A 04/2017

**Window I**
Use this envelope wi
or inkjet printer on p

https://www.ups.com/uis/create?ActionOriginPair=default__PrintWindowPage&key=lab...   6/20/2017

